# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KATHLEEN COX,

    Plaintiff,

v.

TOYS "R" US, INC.,

    Defendant.

Case No. 2:05-CV-00615-KJD-VCF

**ORDER**

    Before the Court is Defendant's Motion to Confirm Unavailiblity of Witnesses (#137). Plaintiff has filed a response (#144) and Defendant has filed a reply (#142).

    When this Motion was filed, trial was scheduled for July 23, 2012. Trial in this matter has been reschedlued for November 19, 2012. Accordingly, the parties have been able to resolve many of the issues raised in the Motion. Plaintiffs have agreed to Defendant's designation of the entire transcript of Ashley Eining, and have agreed to provide transcript designations for the Depositions of Seymour Kronberg, Joy Stich, and Kevin Cooney to Defendant. Defendants may object to these designations through pretrial motions. The parties agree that further service efforts will be undertaken for Fatima Lopez.

1  Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion to Confirm
2  Unavailiblity of Witnesses (#137) is **GRANTED** as set forth in this order.
3  DATED this 4th day of September 2012.
4
5
6  _____
7  Kent J. Dawson
   United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26